# NO. 12-10-00158-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: OFFICE OF THE* | | |
| *ATTORNEY GENERAL OF TEXAS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | | |
| | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

On May 26, 2010, the Office of the Attorney General of Texas (the "OAG") filed a petition for writ of mandamus in this court complaining of the trial court's Order for Parentage Testing signed on April 7, 2010.  On June 7, 2010, this court received OAG's motion to dismiss the petition as moot.  As grounds, the OAG furnished a copy of an order signed by the trial court on June 2, 2010, which vacates the April 7, 2010 Order for Parentage Testing.

After having reviewed the OAG's motion and the trial court's June 2, 2010 order, we conclude that this mandamus proceeding is now moot.  Accordingly, the OAG's motion is granted, and this original proceeding is ***dismissed***.

Opinion delivered June 9, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)